# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

BENJAMIN T. CASTEEL, )
)
Plaintiff, )
)
v. )   Case No. CIV-18-64-D
)
OKLAHOMA COUNTY, *et al.*, )
)
Defendants. )

# **O R D E R**

This matter is before the Court for review of the Report and Recommendation issued April 30, 2018, by United States Magistrate Judge Charles B. Goodwin pursuant to 28 U.S.C. § 636(b)(1). Judge Goodwin recommends the dismissal without prejudice of this action due to Plaintiff's failure to comply with orders to either pay the filing fee or apply for permission to proceed without prepayment pursuant to 28 U.S.C. § 1915.

Plaintiff has failed to file a timely objection or to request additional time to object. Judge Goodwin expressly advised Plaintiff of the deadline for objections and the consequences of a failure to object. The Court therefore finds Plaintiff has waived further review. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Further, upon *de novo* consideration, the Court finds Judge Goodwin's analysis is correct, and concurs in his recommendation.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 6] is ADOPTED in its entirety. This action is DISMISSED without prejudice to a future

filing and without imposition of fees and costs. A separate judgment of dismissal shall be entered.

IT IS SO ORDERED this 23rd day of May, 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE